FILED

Apr 08 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/DDE          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ABEL PEREZ-GONZALEZ,<br><br>Defendant. | Case No. '26 CR1282 DMS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 111(a)(1) -<br>Assault on a Federal Officer<br>(Felony) |

The grand jury charges:

On or about March 26, 2026, within the Southern District of California, defendant JOSE ABEL PEREZ-GONZALEZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 1114, to wit: United States Customs and Border Protection Officer J. Garcia, while Officer J. Garcia was engaged in and on account of the performance of his official duties, such acts involving physical contact with Officer J. Garcia, to wit: striking Officer J. Garcia in the leg; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: April 8, 2026.

A TRUE BILL.

ADAM GORDON
United States Attorney

By: _____ FOR
KALEY S. CHAN
Assistant U.S. Attorney

KSCH:cms:Imperial:4/7/26