ADAM GORDON
United States Attorney
KALEY S. CHAN
Assistant United States Attorney
Washington State Bar No. 44393
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9741

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-CR-1282-DMS |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| JOSE ABEL PEREZ GONZALEZ, | |
| Defendant. | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, Acting United States Attorney, and Kaley S. Chan, Assistant United States Attorney, respectfully requests, pursuant to Rule 48, Federal Rules of Criminal Procedure, that the Court dismiss, without prejudice, the Indictment in the above-entitled case in the interests of justice. On further review, the U.S. has determined it will no longer pursue prosecution in this matter.

DATED: June 22, 2026                    Respectfully submitted,

                                        ADAM GORDON
                                        United States Attorney

                                        *Kaley S. Chan*
                                        KALEY. S. CHAN
                                        Assistant U.S. Attorney
                                        United States of America